UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62392-CV-MIDDLEBROOKS

CURTIS BROWN, *on behalf of himself
and all others similarly situated*,

    Plaintiff(s),

v.

CITRIX SYSTEMS, INC., and COMCAST
CABLE COMMUNICATIONS, LLC,

    Defendants
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Stipulation of Dismissal Without Prejudice, filed on March 11, 2024. (DE 18; DE 19). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) Any pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: counsel of record