**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: COMCAST (NETSCALER CVE-4966)**
**CUSTOMER DATA SECURITY BREACH**
**LITIGATION**                                              MDL No. 3099

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT**
**AND VACATING THE MARCH 28, 2024, HEARING SESSION ORDER**

Before the Panel is a motion filed by Plaintiff Kenneth Hasson, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. On March 12, 2024, plaintiff in the sole remaining Southern District of Florida action (*Brown*, C.A. No. 23-62392) stipulated to the dismissal of his action and all claims therein without prejudice, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by Plaintiff Kenneth Hasson, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and attached Schedule filed on February 16, 2024, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: COMCAST (NETSCALER CVE–4966)**
**CUSTOMER DATA SECURITY BREACH**
**LITIGATION**                                                                 MDL No. 3099


**SCHEDULE A**


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| --- | --- | --- | --- |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 23–62392 | Brown v. Comcast Cable Communications LLC et al |
| | | | |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 23–05039 | HASSON v. COMCAST CABLE COMMUNICATIONS LLC |
| PAE | 2 | 23–05040 | PRESCOTT v. COMCAST CORPORATION |
| PAE | 2 | 23–05072 | HENDRICKSON v. COMCAST CORPORATION |
| PAE | 2 | 23–05091 | WILSON v. COMCAST CABLE COMMUNICATIONS LLC |
| PAE | 2 | 23–05092 | NANEZ et al v. COMCAST CABLE COMMUNICATIONS LLC |
| PAE | 2 | 23–05110 | KEUNG v. COMCAST CABLE COMMUNICATIONS, LLC |
| PAE | 2 | 23–05137 | VERDIER v. COMCAST CORPORATION et al |
| PAE | 2 | 24–00425 | Munoz v. Comcast Cable Communications LLC |
| PAE | 2 | 24–01050 | Carey v. Citrix Systems, Inc. et al |